UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DENISE QUALLS,<br><br>            Plaintiff,<br><br>     v.<br><br>MANOHARON, M.D.,<br><br>            Defendant. | No. ED CV 08-865-AHS (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.     The report and recommendation is adopted.

/

/

/

/

/

1     2.     Defendant's Motion for Summary Judgment is granted.

2     3.     Judgment shall be entered consistent with this order.

3     4.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: March 1, 2010

*ALICEMARIE H. STOTLER*
HONORABLE ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE\