# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DENISE QUALLS, | No. ED CV 08-865-AHS (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MANOHARON, M.D., | |
| Defendant. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED:  March 1, 2010

*ALICEMARIE H. STOTLER*
HONORABLE ALICEMARIE H. STOTLER
SENIOR UNITED STATES DISTRICT JUDGE